```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

ARCHBISHOP EDWIN F. O'BRIEN,     *
ARCHBISHOP OF BALTIMORE AND
HIS SUCCESSORS IN OFFICE, A      *
CORPORATION SOLE, et al.
                                 *
        Plaintiffs
                                 *
        vs.                         CIVIL ACTION NO. MJG-10-760
                                 *
MAYOR AND CITY COUNCIL OF
BALTIMORE, et al.                *

        Defendants               *

*       *       *       *       *       *       *       *       *

                        SCHEDULING ORDER

    In accordance with the proceedings held in this matter on this date:

    1.  By July 2,[1] Plaintiffs shall respond to Defendants' Motion to Dismiss [Document 11].

    2.  By July 16, Defendants shall reply to the response to the Motion to Dismiss and shall respond to the pending Partial Motion for Summary Judgment [Document 9].

    3.  By July 23, Plaintiffs shall reply to the response to the summary judgment motion.

---

[1]   All date references are to the year 2010 unless otherwise indicated.

4.   On Wednesday, August 4, commencing 2:00 p.m., a hearing shall be held on the pending motions to be followed by a case planning conference.

SO ORDERED, on Tuesday, June 15, 2010.

_____/s/_____
Marvin J. Garbis
United States District Judge
