```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND

ARCHBISHOP EDWIN F. O'BRIEN,      *
ARCHBISHOP OF BALTIMORE AND
HIS SUCCESSORS IN OFFICE, A       *
CORPORATION SOLE, et al.
                                  *
          Plaintiffs
                                  *
          vs.                         CIVIL ACTION NO. MJG-10-760
                                  *
MAYOR AND CITY COUNCIL OF
BALTIMORE, et al.                 *

          Defendants              *

*    *    *    *    *    *    *    *    *
```

PERMANENT INJUNCTION

The Court has, by its Decision and Order issued January 28, 2011 [Document 32], granted summary judgment to Plaintiff Greater Baltimore Center for Pregnancy Concerns, Inc.[1] holding Baltimore City Ordinance 09-252 unenforceable.

Therefore, the Court hereby enjoins enforcement of Baltimore City Ordinance 09-252.

Accordingly, Defendants Mayor and City Council of Baltimore, Stephanie Rawlings-Blake, in her official capacity as Mayor of Baltimore and Oxiris Barbot, in her official capacity

---

[1] The Court dismissed all claims presented by Plaintiffs Archbishop Edwin F. O'Brien, Roman Catholic Archbishop of Baltimore and his successors in office, a corporation sole and St. Brigid's Roman Catholic Congregation, Incorporated due to a lack of standing.

as Baltimore City Health Commissioner, nor any other person or entity shall take any action to enforce Baltimore City Ordinance 09-252.

SO ORDERED, on Monday, January 31, 2011.

/s/
Marvin J. Garbis
United States District Judge