FILED: March 2, 2011

```
            UNITED STATES COURT OF APPEALS
              FOR THE FOURTH CIRCUIT
```

_____

No. 11-1111 (L)
(1:10-cv-00760-MJG)

_____

ST. BRIGID'S ROMAN CATHOLIC CONGREGATION INCORPORATED; GREATER BALTIMORE CENTER FOR PREGNANCY CONCERNS, INCORPORATED; ARCHBISHOP EDWIN F. O'BRIEN, ARCHBISHOP OF BALTIMORE AND HIS SUCCESSORS IN OFFICE, A CORPORATION SOLE

       Plaintiffs - Appellees

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; STEPHANIE RAWLINGS-BLAKE, Mayor of Baltimore, in her Official Capacity; OLIVIA FARROW, Esquire, Acting Baltimore City Health Commissioner, in her Official Capacity; BALTIMORE CITY HEALTH DEPARTMENT

       Defendants - Appellants

 and

OXIRIS BARBOT

       Defendant

_____

No. 11-1185
(1:10-cv-00760-MJG)

_____

ST. BRIGID'S ROMAN CATHOLIC CONGREGATION INCORPORATED; GREATER BALTIMORE CENTER FOR PREGNANCY CONCERNS, INCORPORATED; ARCHBISHOP EDWIN F. O'BRIEN, ARCHBISHOP OF BALTIMORE AND HIS SUCCESSORS IN OFFICE, A CORPORATION SOLE

        Plaintiffs - Appellants

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; STEPHANIE RAWLINGS-BLAKE, Mayor of Baltimore, in her Official Capacity; OLIVIA FARROW, Esquire, Acting Baltimore City Health Commissioner, in her Official Capacity; BALTIMORE CITY HEALTH DEPARTMENT

        Defendants - Appellees

and

OXIRIS BARBOT

        Defendant

_____

O R D E R

_____

The Court consolidates Case No. 11-1111 and Case No. 11-1185. The appellant in Case No. 11-1111 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>