IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREATER BALTIMORE CENTER          *
FOR PREGNANCY CONCERNS, INC.
                                  *
        Plaintiff
                                  *
        vs.                            CIVIL ACTION NO. MJG-10-760
                                  *
MAYOR AND CITY COUNCIL OF
BALTIMORE, et al.                 *

        Defendants                *

*       *       *       *       *       *       *       *       *

## SCHEDULING ORDER

In accordance with the proceedings held in this matter on

this date:

1.  Defendants shall file an answer to the Complaint by
    October 1, 2013.

2.  All discovery shall be completed by August 4, 2014.

3.  By May 2, 2014, each party shall:

    a)  Provide the identity of expert witnesses, other
        than rebuttal expert witnesses.

    b)  Provide Rule 26(a)(2) information.

    c)  Provide dates within 30 days on which each expert
        is available for deposition so that depositions
        can be taken.

4.  By June 2, 2014, each party shall:

    a)  Provide the identity of all rebuttal expert
        witnesses.

    b)  Provide Rule 26(a)(2) information.

     c)    Provide dates within 30 days on which each expert
            is available for deposition so that depositions
            can be taken.

5.    The parties, having agreed, shall pay the costs
     (including fees) of their own respective expert
     witnesses in regard to discovery depositions.

6.    Any summary judgment motions shall be filed by
     September 9, 2014.


SO ORDERED, this <u>Tuesday, September 17, 2013</u>.


                       _____/s/_____
                       Marvin J. Garbis
                 United States District Judge