```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

GREATER BALTIMORE CENTER         *
FOR PREGNANCY CONCERNS, INC.
                                 *
            Plaintiff
                                 *
         vs.                         CIVIL ACTION NO. MJG-10-760
                                 *
MAYOR AND CITY COUNCIL OF
BALTIMORE, et al.                *

            Defendants           *

*      *      *      *      *      *      *      *      *
```

## MEMORANDUM AND ORDER RE: DISCOVERY

The Court has before it the discovery Motion listed herein and the materials submitted relating thereto.  The Court has held a hearing and had the benefit of the arguments of counsel.

As discussed on the record of proceedings held on this date, on the one hand, the Defendants seek a grossly excessive degree of discovery from the non-party movants ("the Movants").  On the other hand, the Movants have taken inappropriately sweeping positions in response.  The current state of the record renders it necessary to have the Defendants and the Movants begin again to seek to focus their discovery dispute.

The Movants cannot broadly assert positons based upon unspecified trade secret contentions and cannot decline to provide the Defendants with materials that they are obligated by the Internal Revenue Code law to provide in response to any

request.  However, the Defendants cannot persist in presenting implausible relevance contentions and cannot seek to impose excessive burdens on the Movants in an attempt to obtain the requested discovery.

The pending Motion shall be referred to a Magistrate Judge who, upon consideration of the hearing transcript and a further submission of the parties, shall confer with the parties and seek to narrow, focus, and resolve the discovery disputes.

Accordingly:

1. By separate Order, Care Net, Heartbeat International, National Institute of Family and Life Advocates, and Vitae Foundation's Motion to Quash Subpoenas for Deposition and Documents [Document 60] shall be referred to a Magistrate Judge for decision.

2. The Movants and the Defendants promptly shall confer, seek to narrow the discovery disputes, and provide the Magistrate Judge with a joint statement, or separate statements, regarding the issues requiring resolution.

3. The Magistrate Judge shall proceed to resolve the issues.

SO ORDERED, on Friday, August 22, 2014.

/s/
Marvin J. Garbis
United States District Judge