April 17, 2015

**VIA ECF**
The Honorable Beth P. Gesner
U.S. Magistrate Judge
U.S. District Court for the District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, MD 21201

Re:   Clarification regarding "Joint Request" and forthcoming letter in
      *Greater Baltimore Center for Pregnancy Concerns, Inc. v. Mayor
      and City Council of Baltimore*, No. 1:10-cv-760-MJG

Dear Judge Gesner:

The nonparties Care Net, Heartbeat and NIFLA write this short note to clarify a matter regarding the letter the City defendants filed today.

The City identified the letter as a Joint Request. The nonparties did not, however, join the letter itself, its characterizations of the document production and depositions that have already occurred, or the notion that the Court's existing order has not already resolved the matters that the City is disputing.

Instead, the nonparties have agreed only to the City's suggestion that a conference with Your Honor may be a helpful next step to avoid motion practice, and that the City may file a letter summarizing its position on those matters today, while the nonparties may file a letter summarizing their position on those matters by April 27, 2015. The nonparties will prepare their letter and file it accordingly.

Thank you.

Yours truly,

*s/ Matthew S. Bowman*

Matthew S. Bowman
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 888-7620
mbowman@alliancedefendingfreedom.org

*Attorneys for nonparties*