UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288** |

May 11, 2015

David Kinkopf, Esq.
Steven Metzger, Esq.
Anatoly Smolkin, Esq.
Gallagher, Evelius and Jones, LLP
218 N. Charles Street, Suite 400
Baltimore, MD 21201

Mark Rienzi, Esq.
Columbus School of Law
Catholic University of America
3600 John McCormack Road NE
Washington, D.D. 20064

Peter Basile, Esq.
Ferguson, Schetelich and Ballew, PA
1401 Bank of America Center
100 S. Charles Street
Baltimore, MD 21201

Suzanna Sangree, Esq.
City of Baltimore Law Department
Police Legal Affairs
City Hall Room 100
100 N. Holliday Street
Baltimore, MD 21202

Autumn Katz, Esq.
Stephanie Toti, Esq.
Tiseme Zegeye, Esq.
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005

John Garza, Esq.
Garza, Regan and Associates, PC
17 W. Jefferson Street, Suite 100
Rockville, MD 20850

Matthew Bowman, Esq.
Alliance Defense Fund
801 G Street NW, Suite 509
Washington, D.C. 20001

    Subject:   <u>Greater Baltimore Center for Pregnancy Concerns, Inc. v. Mayor and</u>
                <u>City Council of Baltimore, et al.</u>
                Civil No.: MJG-10-760

Dear Counsel:

      This letter confirms the results of the telephone conference held on May 8, 2015 regarding the scope of my Memorandum and Order dated December 23, 2014. (ECF No. 77.)

      As agreed during that conference, defendants are directed to provide the non-parties with a list of specific document requests by **Thursday, May 14, 2015**. The non-parties are directed to respond to defendants' requests by **Thursday, May 21, 2015**. By **Friday May 29, 2015**, defendants and the non-parties are directed to submit a joint letter to me indicating the remaining areas of dispute, if any.

<u>Greater Baltimore Center for Pregnancy Concerns, Inc. v. Mayor</u>
<u>and City Council of Baltimore, et al.</u>
Civil No.: MJG-10-760
May 11, 2015
Page 2

      Notwithstanding the informal nature of this letter, it is an Order of the court and will be docketed accordingly.

                                                   Very truly yours,

                                                   /s/
                                               Beth P. Gesner
                                               United States Magistrate Judge