**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| GREATER BALTIMORE CENTER FOR PREGNANCY CONCERNS, INC., | * * * * | |
| Plaintiff, | * * | **No. 1:10-cv-00760 MJG** |
| v. | * * | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>**

1

Pursuant to Local Rule 101(2)(a)(1) and (b)(1), it is hereby requested that the appearance of Tiseme Zegeye be withdrawn as counsel for the Defendants in this matter. The Defendants continue to be represented by Suzanne Sangree, Stephanie Toti, Autumn Katz, and Molly Duane.

Dated: May 26, 2016

Respectfully submitted,

*/s/ Tiseme Zegeye*
**Tiseme Zegeye***
New York Bar No. 5075395
**Stephanie Toti***
Special Assistant City Solicitor
New York Bar No. 4270807
**Autumn Katz***
New York Bar No. 4394151
**Molly Duane***
New York Bar No. 5318530
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3684
Fax: (917) 637-3666
E-mail: stoti@reprorights.org
           akatz@reprorights.org
           tzegeye@reprorights.org
           mduane@reprorights.org

*\* Admitted Pro Hac Vice*

**Suzanne Sangree**
Senior Public Safety Counsel
Federal Bar No. 26130
CITY OF BALTIMORE LAW DEPARTMENT
100 N. Holliday Street
Baltimore, Maryland 21202
Telephone: (443) 388-2190
Fax: (410) 539-0536
E-mail: Suzanne.Sangree2@baltimorecity.gov

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 26, 2016, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: May 26, 2016

*/s/ Tiseme Zegeye*
Tiseme Zegeye