IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| GREATER BALTIMORE CENTER FOR PREGNANCY CONCERNS, INC. | * * |
| Plaintiff, | * * |
| v. | *   Case No. 10-760-MJG * |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., | * * * |
| Defendants. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT ORDER

For the reasons stated in the "Decision Re: Summary Judgment" (ECF No. 118), it is this 21 day of October, 2016, by the United States District Court for the District of Maryland,

**ORDERED** that:

1. The motion for summary judgment filed by Plaintiff Greater Baltimore Center for Pregnancy Concerns, Inc. (ECF No. 101) **BE**, and the same hereby **IS**, **GRANTED**;

2. The motion for summary judgment filed by Defendants (ECF No. 104) **BE**, and the same hereby is, **DENIED**;

3. Judgment **BE**, and the same hereby **IS**, **ENTERED** against Defendants and in favor of Plaintiff on Count I of the Complaint;

4. Counts II, III, and IV of the Complaint are dismissed without prejudice as moot;

5. Baltimore City Ordinance 09-252 is declared unconstitutional as applied to Plaintiff and Defendants are permanently enjoined from enforcing Baltimore City Ordinance 09-252 against Plaintiff;

6. All prior rulings are incorporated herein and this judgment is final as to all claims;

2

      7. If an appeal is sought, motions for fees and costs and supporting memorandum shall be due thirty (30) days after all appeals have been fully exhausted or the time for filing all appeals has expired, whichever is later, and provided that the deadline set forth in this paragraph shall not begin to run until the case is remanded to this Court. For the purposes of this paragraph, appeal includes any panel, en banc, or rehearing proceedings before the Court of Appeals and petitions for writ of certiorari and any proceedings before the Supreme Court;

      8. If no appeal is sought, motions for fees and costs and supporting memorandum shall be due thirty (30) days after the expiration of time for appeal of this Order;

      9. Any opposition to a motion for fees and costs shall be due thirty (30) days after the motion is filed and any reply shall be due fourteen (14) days after the opposition is filed;

      10. Plaintiff's Motion for Attorneys' Fees, Expenses, and Costs filed on October 12, 2016 is denied as moot and without prejudice to Plaintiff's filing a motion for fees and costs consistent with the deadlines set forth in this Order; and

      11. The clerk will transmit copies of this Order to counsel for the parties and **CLOSE** this case.

                                                    /s/
                                        MARVIN J. GARBIS
                                        United States District Judge